HOUMAN FAKHIMI, ESQ.
C.S.B. No.: 195638
**FAKHIMI & ASSOCIATES**
3 Hutton Centre Drive, Suite 620
Santa Ana, California 92707
Tel.: (714) 542-2188
Fax: (714) 542-3119

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA CONTRERAS, individually and on behalf of all other similarly situated and the General Public,<br><br>Plaintiffs,<br>vs.<br><br>SONY ELECTRONICS INC., and Does 1 through 10 inclusive.<br><br>Defendants. | Case No.: 08cv739-wlsp<br><br>**NOTICE OF DISMISSAL OF COMPLAINT**<br><br>**[F. R. Civ. P. Rule 41(a)(1)(A)(i); No Order Required]** |

Plaintiff MARIA CONTRERAS, by and through her attorney Houman Fakhimi hereby files this Notice of Dismissal of the Complaint Without Prejudice.

DATED: May 12, 2008

HOUMAN FAKHIMI
FAKHIMI & ASSOCIATES

By: ______________________
Houman Fakhimi

Attorney for Plaintiff

**PROOF OF SERVICE**

**STATE OF CALIFORNIA )**
**) ss**
**COUNTY OF ORANGE )**

I am employed in the County of Orange, State of California. I, JETSIBA WONG , the undersigned, declare that I am over the age of 18, and not a party to the within action; my business address is 3 Hutton Centre Drive, Suite 620, Santa Ana, CA 92707. On 5/16/08 I served the foregoing documents described as:

**NOTICE OF DISMISSAL**

on the attorneys of record in this action and all interested parties in this action by placing a true copy thereof enclosed in sealed envelope addressed as follows:

William N. Krammer
Solomon Ward Seidenwurm & Smith
401 B Street Suite 1200
San Diego, CA 92101

_XX_ (BY MAIL): I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that same day with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the deposit for mailing in affidavit.
__ (BY CERTIFIED MAIL) I caused such envelope with postage thereon fully prepaid, via certified mail --- return receipt requested, to be placed in the United States mail at Los Angeles, California.
__(BY ELECTRONIC TRANSFER): I caused all of the pages of the above-entitled document to be sent to the U.S. Trustee via electronic transfer (FAX) at the recipient's office as indicated above.
__ (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices/home of each addressee listed above.
_X_ STATE: I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.
_x_ FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on 5/16/08, at Santa Ana, California.

JETSIBA WONG